

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DR
F. #2023R00982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2025

<u>By ECF and E-mail</u>

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Eliahou Paldiel, et al.
     <u>Docket No. 24-CR-329 (ARR)</u>

Dear Judge Ross:

   The government respectfully submits this letter on behalf of the parties in the above-captioned matter in response to the Court's February 20, 2025 request that the parties inform the Court if they consent to the exclusion of time until April 9, 2025. The parties have conferred and all parties consent to the exclusion of time, in the interests of justice, to allow time for the parties to continue to engage in plea negotiations. See 18 U.S.C. § 3161(h)(7).

               Respectfully submitted,

               JOHN J. DURHAM
               United States Attorney

        By: /s/
           Dana Rehnquist
           Elias Laris
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of Court (ARR) (by ECF and E-Mail)
   Defense Counsel (by ECF and E-Mail)