

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2023R00982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 20, 2026

By ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Carlos Arturo Suarez Palacios
       Criminal Docket No. 24-329 (MKB)

Dear Chief Judge Brodie:

  Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Carlos Arturo Suarez Palacios, has agreed to in connection with his guilty plea before the Honorable Allyne R. Ross on October 7, 2025. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

By: /s/ Laura D. Mantell
   Laura D. Mantell
   Assistant U.S. Attorney
   (718) 254-6253

Encl.: Preliminary Order of Forfeiture
cc: Counsel of Record (by ECF)