

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2023R00982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 19, 2026

By ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Carlos Arturo Suarez Palacios
             Criminal Docket No. 24-329 (MKB)

Dear Chief Judge Brodie:

      Enclosed please find a proposed Consent Order of Interlocutory Sale of Real Property (the "Consent Order"), signed by the parties in the above-referenced case. As set forth in the Consent Order, defendant Carlos Arturo Suarez Palacios has agreed to the interlocutory sale of the real property located at 8 Crestwood Mews, Apartment 1D in Allendale, New Jersey to satisfy the forfeiture money judgment entered against him in the Preliminary Order of Forfeiture (ECF No. 68). The parties respectfully request that the Court enter the enclosed Consent Order.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/ Laura D. Mantell
      Laura D. Mantell
      Assistant U.S. Attorney
      (718) 254-6253

Encl.: Consent Order of Interlocutory Sale of Real Property
cc:    Counsel of Record (by ECF)