

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2023R00982

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 24, 2026

By ECF
The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Carlos Arturo Suarez Palacios
>     Criminal Docket No. 24-329 (MKB)

Dear Chief Judge Brodie:

Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Carlos Arturo Suarez Palacios, in the above-referenced case. As set forth in the enclosed, pursuant to the terms of the Preliminary Order of Forfeiture entered on or about January 26, 2026, the Court, among other things, imposed a forfeiture money judgment (the "Forfeiture Money Judgment") against the defendant and authorized the United States to judicially seize and commence publication as to assets described therein. Thereafter, the defendant sold certain real property and transferred a portion of the sale proceeds to the United States in partial satisfaction of the Forfeiture Money Judgment, pursuant to a Consent Order of Interlocutory Sale of Real Property entered on or about February 20, 2026.

Publication of forfeiture of the assets and real property was completed on May 28, 2026 and June 18, 2026, respectively. *Declaration of Publication*, Docket Nos. 107 and 110. No third-party claims have been filed and the time to do so has expired.

In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the United States, with the consent of the defendant, therefore respectfully requests that the Court enter the enclosed proposed Final Order of Forfeiture.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  /s/  Laura D. Mantell
Laura D. Mantell
Assistant U.S. Attorney
(718) 254-6253

Encl.: Final Order of Forfeiture
cc:     Counsel of Record (by ECF)