UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

- against -

CARLOS ARTURO SUAREZ PALACIOS,

Defendant.

– – – – – – – – – – – – – – – – – – –X

<u>FINAL ORDER OF FORFEITURE</u>

24-CR-329 (MKB)

WHEREAS, on or about October 7, 2025, Carlos Arturo Suarez Palacios (the "defendant"), entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 1349;

WHEREAS, on or about January 26, 2026, the Court, on the consent of the defendant, entered a Preliminary Order of Forfeiture (the "Preliminary Order") that required the defendant to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), the following, as property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1349, and/or substitute assets: (a) three hundred sixty-six thousand dollars and zero cents ($366,000.00) (the "Forfeiture Money Judgment"); and (b) all right, title, and interest in, among other assets, $78,801.14, more or less, seized by law enforcement on or about September 6, 2024, from TD Bank account number ending in 3128, held in the name or for the benefit of Carlos Suarez, and all proceeds traceable thereto (the "Suarez TD Account");

WHEREAS, the Preliminary Order provided that, if forfeited, the Suarez TD Account would be credited towards any outstanding balance of the Forfeiture Money Judgment;

WHEREAS, the Preliminary Order further provided that, to satisfy the Forfeiture Money Judgment, the defendant consents to the forfeiture of all right, title and interest that he has in certain real property, including but not limited to the real property located at 8 Crestwood Mews, Apartment 1D, Allendale, New Jersey 07401 (the "Allendale Property"), pursuant to 21 U.S.C. § 853(p), as a substitute asset, up to the value of the outstanding Forfeiture Money Judgment;

WHEREAS, on or about February 20, 2026, the Court entered a Consent Order of Interlocutory Sale of Real Property (the "Interlocutory Sale Order"), pursuant to which the defendant and Adriana Forero, as owners of the Allendale Property, consented, among other things, to the interlocutory sale of the Allendale Property pursuant to Fed. R. Crim. P. 32.2(b)(7), and to remit and forfeit the proceeds of such sale (as defined in the Interlocutory Sale Order), up to the amount owed on the Forfeiture Money Judgment;

WHEREAS, on or about May 18, 2026, the defendant, pursuant to the Interlocutory Sale Order, sold the Allendale Property and transferred $287,198.86 (the "Allendale Proceeds") in proceeds from the sale to the United States;

WHEREAS, legal notice of the forfeiture of the Suarez TD Account and other assets was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning April 29, 2026 through and including May 28, 2026 (Docket No. 107);

WHEREAS, legal notice of the forfeiture of the Allendale Property was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 20, 2026 through and including June 18, 2026 (Docket No. 110); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Suarez TD Account or the Allendale Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Suarez TD Account and the Allendale Proceeds are hereby condemned, forfeited, and vested in the United States of America, in satisfaction of the Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the U.S. Marshals Service and the Federal Bureau of Investigation, or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Suarez TD Account and the Allendale Proceeds in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Jennifer Lai, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

SO ORDERED:

Dated:   Brooklyn, New York
_____, 2026

SO ORDERED:

_____
HONORABLE MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK